CAUSE NO. 401-82469-2011   05-12-01575-CR

JASON LATROY LEONARD

VS.

STATE OF TEXAS

FILED IN
Court of Appeals
FEB 1 3 2013
Lisa Matz
Clerk, 5th District

IN THE 401st JUDICIAL
DISTRICT COURT OF
COLLIN COUNTY, TEXAS

## MOTION EXERCISING SIXTH AMENDMENT RIGHT TO SELF REPRESENTATION

TO THE HONORABLE JUDGE OF SAID COURT:

TDCJ # 1819244

NOW COMES, JASON LATROY LEONARD, APPELLANT IN THE ABOVE STYLED AND NUMBERED CAUSES AND FILES THIS, HIS MOTION EXERCISING SIXTH AMENDMENT RIGHT TO SELF REPRESENTATION AND IN SUPPORT OF SAID MOTION WOULD SHOW THE COURT THE FOLLOWING:

I.

THERE IS A CONFLICT OF INTREST IN THAT MY APPEAL LAWYER STEPHANIE DUELKER HUDSON AND I ARE NOT IN AGREEMENT ON THE ISSUES I FEEL NEED TO BE CHALLENGED AND I AM A-WARE THAT SHE IS ALLOWED TO ATTACK WHATEVER "SHE" FEELS IS RELEVANT. WE ARE IN DIS-AGREEMENT ON THESE ISSUES. I'M AWARE THAT ANY ERROR THAT IS NOT CHALLENGED AT THIS STAGE OF MY APPEAL CAN NOT BE CHALLENGED LATER. PROCEEDING PRO SE IS MY RIGHT AND I AM NOW EXERCISING IT.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, APPELLANT PRAYS THAT THIS HONORABLE JUDGE GRANTS HIS MOTION EXERCISING SIXTH AMENDMENT RIGHT TO SELF REPRESENTATION.

RESPECTFULLY SUBMITTED
TDCJ # 1819244
/s/ JASON LATROY LEONARD
PRO SE,  2/9/13
Jason Latroy Leonard

CC: CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TX 79107

PG 1 OF 3

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS THE <u>9TH</u> DAY OF FEBRUARY, 2013, A TRUE AND CORRECT COPY OF THE ABOVE AND FORE-GOING MOTION EXERCISING SIXTH AMENDMENT RIGHT TO SELF REPRESENTATION WAS TRANSMITTED TO: <u>THE FIFTH COURT OF APPEALS, 600 COMMERCE ST., DALLAS, TX 75202.</u>

TDCJ # 1819244

JASON LATROY LEONARD

APPELLANT PRO SE

*Jason Latroy Leonard* 2/9/13

CC: CLEMENTS UNIT
9601 SPUR 591
AMARILLO. TX 79107

# ORDER

ON THIS THE _____ DAY OF _____, _____ CAME ON TO BE HEARD APPELLANTS MOTION EXERCISING SIXTH AMENDMENT TO SELF REPRESENTATION AND SAID MOTION IS HEREBY;

/ \ GRANTED          / \ DENIED

SIGNED THIS THE _____ DAY OF _____, _____.

_____
JUDGE PRESIDING

# <u>UNSWORN DECLARATION</u>

TDCJ # 1819244

I, JASON LATROY LEONARD, WHO IS CURRENTLY INCARCERATED AT THE <u>BILL CLEMENTS UNIT</u> AT <u>9601 SPUR 591, (POTTER COUNTY), AMARILLO, TX 79107,</u> DO HEREBY SWEAR UNDER PENALTY OF PERJURY THAT THE FOREGOING INSTRUMENT IS TRUE AND CORRECT. SIGNED THIS <u>9TH</u> DAY OF <u>FEBRUARY, 2013.</u>

TDCJ # 1819244

X <u>JASON LATROY LEONARD</u>
APPELLANT   PRO SE

*Jason Latroy Leonard*

2/9/13

CC: CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TX 79107
